PER CURIAM.
Affirmed. See § 810.02(2), Fla. Stat. (1991); Johnson v. State, 60 So.3d 1045 (Fla.2011); Betancourt v. State, 804 So.2d 313 (Fla.2001); Allen v. State, 599 So.2d 996 (Fla.1992); Copeland v. State, 118 So.3d 842 (Fla. 2d DCA 2013); Mosely v. State, 688 So.2d 999 (Fla. 2d DCA 1997); Whatley v. State, 640 So.2d 1201 (Fla. 2d DCA 1994); Labadie v. State, 840 So.2d 332 (Fla. 5th DCA 2003); Foss v. State, 834 So.2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998); Knickerbocker v. State, 619 So.2d 18 (Fla. 1st DCA 1993).
NORTHCUTT, LaROSE, and SLEET, JJ., Concur.